BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUDONE LALUANGPHET<br>xxx-xx-0337<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.  14-499 EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from July 21, 2014, to August 15, 2014, with all other deadlines extended accordingly.  This extension is required due to the counsel's briefing schedule and planned time out of the office.

/ / / /

/ / / /

/ / / /

1

Dated: July 18, 2014         */s/Bess M. Brewer*
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff


Dated: July 18, 2014         Benjamin B. Wagner
                             United States Attorney

                             Donna L. Calvert
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             /s/ Jennifer A. Kenney
                             JENNIFER A. KENNEY
                             Special Assistant United States Attorney

                             Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:   July 21, 2014.

                             _____
                             EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE

2